# ELECTRONIC RECORD

COA # 07-14-00126-CR     OFFENSE: 19.02

STYLE: Con Mahn Pham v. The State of Texas     COUNTY: Potter

COA DISPOSITION: AFFIRMED     TRIAL COURT: 251st District Court

DATE: 05/14/2015     Publish: YES     TC CASE #: 62,289-C

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Con Mahn Pham v. The State of Texas     CCA #: 739-15

_____APPELLANT'S_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: 10/14/2015     SIGNED: _____     PC: _____

JUDGE: Per Curiam     PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD